IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiffs,<br><br>     vs.<br><br>MEGAN POOLE, JOSE MEDINA-MAGANA, ADRIAN MAGANA, BENJAMIN SMOLINSKI, AND EDDIE TRIPP,<br><br>          Defendants. | 8:16CR226<br><br>**ORDER** |

This matter is before the Court on its own motion. It appears this case is related to 8:16CR173, 8:16CR196 and 8:16CR197. Accordingly,

IT IS ORDERED that this case is reassigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing and remains assigned to the undersigned for disposition.

Dated this 10th day of August, 2016.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge